**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

      v.     Criminal Case No. 13-50018-001

**MIGUEL GARCIA-ESPINOSA**                                    **DEFENDANT**

## O R D E R

Now on this 25th day of January, 2013, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #11), to which all parties have waived objections, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, the Court accepts defendant's guilty plea, and expresses tentative approval of the Plea Agreement, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                             /s/ Jimm Larry Hendren
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**